UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

GERARD EDWARD LEHNER,

      **Plaintiff,**
 -against-        1:11-CV-0729

INTERNAL REVENUE SERVICE,

      **Defendant.**
────────────────────────────────────────

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

**I. INTRODUCTION**

  The Amended Complaint in this *pro se* action was reviewed by the Hon. Randolph F. Treece, United States Magistrate Judge. In a Report-Recommendation and Order dated October 4, 2011, Magistrate Judge Treece recommended that action be dismissed due to Plaintiff's failure to state a claim and to comply with Federal Rules of Civil Procedure 8 and 10. Dkt. # 8. No objections to Magistrate Judge Treece's Report-Recommendation and Order have been filed, and the time to do so has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**II. CONCLUSION**

  The Court **ADOPTS** the Report-Recommendation and Order [dkt. # 8] for the reasons stated therein. Therefore, it is hereby **ORDERED** that the action is dismissed due

1

to Plaintiff's failure to state a claim and to comply with Federal Rules of Civil Procedure 8 and 10.

**IT IS SO ORDERED**

Dated: February 28, 2012

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge