**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**GERARD EDWARD LEHNER,**

                                        **Plaintiff,**
        **-against-**                                            **1:11-CV-0729**

**INTERNAL REVENUE SERVICE,**

                                        **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


                                    **DECISION & ORDER**

**I.      INTRODUCTION**

        The Amended Complaint in this _pro se_ action was reviewed by the Hon. Randolph

F. Treece, United States Magistrate Judge.  In a Report-Recommendation and Order

dated October 4, 2011, Magistrate Judge Treece recommended that action be dismissed

due to Plaintiff's failure to state a claim and to comply with Federal Rules of Civil

Procedure 8 and 10.  Dkt. # 8.  No objections to Magistrate Judge Treece's Report-

Recommendation and Order have been filed, and the time to do so has expired.

Furthermore, after examining the record, this Court has determined that the Report-

Recommendation and Order  is not subject to attack for plain error or manifest injustice.

**II.      CONCLUSION**

        The Court **ADOPTS** the Report-Recommendation and Order [dkt. # 8] for the

reasons stated therein.  Therefore, it is hereby **ORDERED** that the action is dismissed due

                                            1

to Plaintiff's failure to state a claim and to comply with Federal Rules of Civil Procedure 8

and 10.

**IT IS SO ORDERED**

Dated: February 28, 2012


Thomas J. McAvoy
Senior, U.S. District Judge